Philip R. Weltin, Esq. SBN 46141
Michael Villeggiante, Esq. SBN 284860
WELTIN, STREB, & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Tel (510) 251-6060
Fax (510) 251-6040
pweltin@weltinlaw.com
mvilleggiante@weltinlaw.com

Attorneys for Plaintiff
KENNETH BAILEY

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENNETH BAILEY, | Case No. 4:19-cv-01441-KAW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TRANSMONTAIGNE OPERATING COMPANY LP; NAVIG8 CHEMICAL TANKERS, INC.; DOES 1-20, | |
| Defendants. | |

Certificate of Service

1

F.P ref: **QF-2019-003132**

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 24-09-2019**
que le demande a ete executee        le (date)

| | |
|---|---|
| -at (place, street, number) | Navig8 Chemical Tankers, Inc |
| -a (localite, rue, numero) | 6th Floor, The Zig Zag Building, 70, Victoria Street, London, England, SW1E 6SQ |

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

| | |
|---|---|
| b) in accordance with the following particular method selon la forme particuliere suivante | Documents were served by leaving at the post room in a sealed envelope of the company's registered address given. |

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

 - relationship to the addressee (family, business or other)
 - liens de parente de subordination ou autres
 avec
 le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned

F.P ref: **QF-2019-003132**

Pieces renvoyees
Done at London

fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:
stamp:

the **20-11-2019**

Signature and/or
Signature et/ou cachet:

[Stamp: SENIOR COURTS OF ENGLAND AND WALES · FOREIGN PROCESS SECTION · 2 0 NOV 2019]

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving Authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Hague Central Authority for England and Wales<br>Senior Master, Queen's Bench Division<br>The Senior Courts of England and Wales<br>Royal Courts of Justice<br>Strand, London WC2A 2LL<br>England, U.K. |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

**Navig8 Chemical Tankers, Inc.**
**6th Floor, Zig Zag Building**
**70 Victoria Street, London SW1E 6SQ**

[☒] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[☐] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[☐] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Executed "Summary" (2 pages)
Summons in a Civil Action
Second Amended Complaint
Standing Order for All Judges
Standing Order for Magistrate Judge Kandis A. Westmore

Done at Portland, Oregon, USA, the __8__ day of __Aug__, 2019.
*Fait à Portland, Oregon, USA, le…*

Signature and/or stamp.
*Signature et/ou cachet*

[Official Stamp: LYLE CELESTE INGALLS, NOTARY PUBLIC-OREGON, COMMISSION NO. 971979, MY COMMISSION EXPIRES MARCH 04, 2022]

*[signature]*
L. Celeste Ingalls

* Delete if inappropriate
  *Rayer les mentions inutiles*
** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462